**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Pedro Coelho<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1118<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Michelle L Coelho<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5655<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–20441–CMG

## Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Pedro Coelho

Michelle L Coelho
aka Michelle L Sabiel

<u>7/1/24</u>

**By the court:** <u>Christine M. Gravelle</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Pedro Coelho  
Michelle L Coelho  
    Debtors

Case No. 19-20441-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Jul 01, 2024     Form ID: 3180W     Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Pedro Coelho, Michelle L Coelho, 462 Main St, Sayreville, NJ 08872-1246 |
| 518262825 | + | Comenity Capital Bank /MyPointSrwd, PO Box 182120, Columbus, OH 43218-2120 |
| 518262837 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 01 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 01 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518262816 | + | EDI: BANKAMER | Jul 02 2024 00:46:00 | Bank Of America, N.a., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 518363560 | | EDI: BANKAMER | Jul 02 2024 00:46:00 | Bank of America, N.A, P.O. BOX 31785, Tampa, FL 33631-3785 |
| 518262817 | + | EDI: TSYS2 | Jul 02 2024 00:46:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 518262820 | | EDI: CITICORP | Jul 02 2024 00:46:00 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 518351274 | | Email/PDF: bncnotices@becket-lee.com | Jul 01 2024 21:08:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518262819 | + | Email/Text: bankruptcy@cavps.com | Jul 01 2024 21:12:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Ste 4A, Valhalla, NY 10595-2323 |
| 518268377 | + | Email/Text: bankruptcy@cavps.com | Jul 01 2024 21:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518262822 | + | EDI: WFNNB.COM | Jul 02 2024 00:46:00 | Comenity Bank/ATLMC, PO Box 182789, Columbus, OH 43218-2789 |
| 518262823 | + | EDI: WFNNB.COM | Jul 02 2024 00:46:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 518262824 | + | EDI: WFNNB.COM | Jul 02 2024 00:46:00 | Comenity Capital Bank / BJS, PO Box 182120, Columbus, OH 43218-2120 |
| 518262826 | + | EDI: WFNNB.COM | Jul 02 2024 00:46:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 518262827 | + | EDI: WFNNB.COM | | |

Case 19-20441-CMG    Doc 43    Filed 07/03/24    Entered 07/04/24 00:19:12    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 01, 2024 | Form ID: 3180W | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| | | Jul 02 2024 00:46:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518262834 | EDI: CITICORP | | |
| | | Jul 02 2024 00:46:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 518262828 | + EDI: DISCOVER | | |
| | | Jul 02 2024 00:46:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 518262829 | EDI: HFC.COM | | |
| | | Jul 02 2024 00:46:00 | Hsbc Bank Usa, N.a., Pob 4604, Buffalo, NY 14240 |
| 518262831 | EDI: IRS.COM | | |
| | | Jul 02 2024 00:46:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 518262821 | EDI: JPMORGANCHASE | | |
| | | Jul 02 2024 00:46:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 518301888 | + Email/Text: RASEBN@raslg.com | | |
| | | Jul 01 2024 21:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518342788 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Jul 01 2024 21:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518262833 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jul 01 2024 21:10:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519927638 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 01 2024 21:21:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519927639 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 01 2024 21:21:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518281417 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 01 2024 21:23:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518262835 | + Email/Text: kevin.styles@njcourts.gov | | |
| | | Jul 01 2024 21:12:00 | Middlesex County Special Civil Part, P.O. Box 1146, New Brunswick, NJ 08903-1146 |
| 518366265 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jul 01 2024 21:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518262836 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jul 01 2024 21:12:00 | Midland Credit Managment, 2365 Northside Drive, Suite 100, San Diego, CA 92108-2710 |
| 518262838 | + Email/Text: bnc@nordstrom.com | | |
| | | Jul 01 2024 21:11:20 | Nordstrom/td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 518289470 | EDI: PRA.COM | | |
| | | Jul 02 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 518289478 | EDI: PRA.COM | | |
| | | Jul 02 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o American Eagle Outfitters, Inc., POB 41067, Norfolk VA 23541 |
| 518291392 | EDI: PRA.COM | | |
| | | Jul 02 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518289433 | EDI: PRA.COM | | |
| | | Jul 02 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Bj's, POB 41067, Norfolk VA 23541 |
| 518289432 | EDI: PRA.COM | | |
| | | Jul 02 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Dicks Sporting Goods, POB 41067, Norfolk VA 23541 |
| 518289457 | EDI: PRA.COM | | |
| | | Jul 02 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Loft, POB 41067, Norfolk VA 23541 |
| 518291396 | EDI: PRA.COM | | |
| | | Jul 02 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518289462 | EDI: PRA.COM | | |
| | | Jul 02 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Old |

Case 19-20441-CMG    Doc 43    Filed 07/03/24    Entered 07/04/24 00:19:12    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 01, 2024 | Form ID: 3180W | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| | | | Navy, POB 41067, Norfolk VA 23541 |
| 518289466 | EDI: PRA.COM | Jul 02 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518289473 | EDI: PRA.COM | Jul 02 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Tjx Rewards Credit Card, POB 41067, Norfolk VA 23541 |
| 518291406 | EDI: PRA.COM | Jul 02 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Toys "r"us Credit Card, POB 41067, Norfolk VA 23541 |
| 518269028 | EDI: Q3G.COM | Jul 02 2024 00:46:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518262839 | + EDI: CITICORP | Jul 02 2024 00:46:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518262840 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 01 2024 21:12:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 518262841 | + EDI: CITICORP | Jul 02 2024 00:46:00 | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518262842 | + EDI: SYNC | Jul 02 2024 00:46:00 | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 518262843 | + EDI: SYNC | Jul 02 2024 00:46:00 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 518262844 | + EDI: SYNC | Jul 02 2024 00:46:00 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 518262845 | + EDI: SYNC | Jul 02 2024 00:46:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 518262846 | + EDI: SYNC | Jul 02 2024 00:46:00 | Syncb/score Rewards Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 518262847 | + EDI: SYNC | Jul 02 2024 00:46:00 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 518262848 | + EDI: SYNC | Jul 02 2024 00:46:00 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 518375868 | ^ MEBN | Jul 01 2024 21:01:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518265225 | ^ MEBN | Jul 01 2024 21:01:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518262849 | + EDI: TDBANKNORTH.COM | Jul 02 2024 00:46:00 | Td Bank N.a., 1100 Lake St, Ramsey, NJ 07446-1275 |
| 518262850 | + Email/Text: ClericalSupport@tenagliahunt.com | Jul 01 2024 21:11:00 | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 518262851 | + EDI: CITICORP | Jul 02 2024 00:46:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518386038 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 01 2024 21:12:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518262853 | + EDI: WFFC2 | Jul 02 2024 00:46:00 | Wells Fargo, 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 518262852 | + EDI: WFFC2 | Jul 02 2024 00:46:00 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 518364345 | EDI: WFFC2 | Jul 02 2024 00:46:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518262818 | | Best Buy/cbna |
| 518262832 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 518262830 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518289480 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518289475 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Tjx Rewards Credit Card, POB 41067, Norfolk VA 23541 |
| 518366283 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R2, Mortgage-Backed Notes, Series 2021-R2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank Trust Company National Association kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Joint Debtor Michelle L Coelho rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |
| Yakov Rudikh | on behalf of Debtor Pedro Coelho rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 6